# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DAWN L. REDDING,

    Plaintiff,

v.                                        CASE NO.  4:04cv257-RH/WCS

STATE OF FLORIDA,
DEPARTMENT OF JUVENILE
JUSTICE,

    Defendant.

_____/

## ORDER DENYING AS MOOT ATTORNEY'S FEES AND COSTS

Plaintiff's attorney Marie A. Mattox has informed the court's staff by telephone that all outstanding issues in this matter have been settled, including the issues of costs and attorney's fees.  Accordingly,

IT IS ORDERED:

Plaintiff's claim for attorney's fees and motion for costs (document 85) are DENIED AS MOOT.  The clerk shall close the file.

SO ORDERED this 10th day of November, 2005.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge